■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH HANLEY, Appellant. — Judgment, Supreme Court, Bronx

County (Sheldon Greenberg, J.), rendered on December 15, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Ross, Asch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS NEGRON, Appellant. — Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on May 19, 1983, unanimously affirmed.